IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PASCIOUS PRINCE,

   Plaintiff,

    v.

LIFE UNIVERSITY,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-1059-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Plaintiff's Motion to Dismiss [Doc. 20]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Dismiss [Doc. 20] is GRANTED. This action is DISMISSED without prejudice.

SO ORDERED, this 12 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge